# CRIMINAL APPEALS
## CERTIFICATE OF NOTICE OF APPEAL TO THE FOURTH COURT OF APPEALS

TRIAL COURT NO. 2014CR0936-W1

THE STATE OF TEXAS

VS

JULIO ALEJANDRO ZUNIGA

IN THE 187TH DISTRICT COURT
FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
04/13/2016 04:24:36 PM
BEXAR COUNTY, TEXAS

KEITH E. HOTTLE
Clerk

1. Defendant filed motion for new trial: X no __ yes, date filed:_____

2. Notice of appeal was filed on 04-09-2015_____

3. The Honorable RAYMOND ANGELINI_____ presided at the trial____.

4. The above named defendant was convicted_____ of the offense(s) of MURDER_____

   as a (Repeater)XXXXXXXX.

5. State's appeal attorney: NICHOLAS LAHOOD_____ 300 Dolorosa, Suite 4025, Bexar County Justice
   Center, San Antonio, Texas,78205 (210)335-2413    SBN: 24030360_____

6. Trial_____ Attorney(s): DAVID ANDRE WOODARD_____

   XXXXXXXX Appointed) Appeals attorney:RICHARD B DULANY JR_____
   Address & Phone No: 101 W NUEVA ST 310 SAN ANTONIO, TX, 78205- (210)335-0701_____ SBN: 6196400

Defendant Pro-Se__Yes X No
7. The trial held was:___Trial before the Court        ___Jury trial on guilt only
   ___Jury trial on punishment only    X Jury trial guilt and punishment
   ___Plea of guilt / nolo contendere to court - negotiated plea agreement followed by court
   ___Pretrial motion heard prior to plea    ___Open/non negotiated plea of guilty/nolo contendere
   ___Motion to enter adjudication of guilt    ___Motion to revoke community supervision
   ___Other_____

8. The sentence was (imposed ) on:10-14-2014 for a period of:yrs:015 mths:00
   and a fine of $_____

9. Defendant is presently in:___ BCADC ___ TDCJID. Defendant is on __ ** RWOB ** _____ appeal bond.

10. Name and Address of Court Reporter(s) who reported the evidence: BETTINA WILLIAMS @ 187TH_____
    ROXANNE PENA @ MAG COURT_____
    300 DOLOROSA SAN ANTONIO, TEXAS 78205_____
11. If two or more cases were tried together the other cases that have been or may be appealed are:(Defendant's na
    & cause number)_____

WITNESS MY HAND THIS THE 13th DAY OF April_____, 2015__

COURT REPORTER(S): BETTINA WILLIAMS (NOTIFIED)_____ Date: APRIL 13, 2015_____
                   ROXANNE PENA (NOTIFIED)_____ Date: APRIL 13, 2015_____
KEITH E. HOTTLE, CLERK

BY:_____    Date:_____
   Deputy

DONNA KAY MCKINNEY
BEXAR COUNTY DISTRICT CLERK

BY:_____

RODRIGUEZ, ROSE Q    ,DEPUTY

(jsdca)

No. 2014CR0936-W1

) EX PARTE

§
§
§
§
§
§

IN THE DISTRICT COURT
187TH JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

JULIO ZUNIGA

FILED
DONNA KAY McKINNE
DISTRICT CLERK
BEXAR COUNTY
2015 APR -9 P 3: 28
DEPUTY

## NOTICE OF APPEAL

To THE HONORABLE Judge of SAID COURT:

Comes Now, Julio Zuniga, APPELLANT, IN THE ABOVE STYLED CAUSE, and FILES THIS WRITTEN NOTICE OF APPEAL IN CAUSE NO: 2014CR0936-W1/WR-82,988-01.

Appealing the CONVICTION and SENTENCE ISSUED herein.

EXECUTED ON THIS 7TH day of April 2015.

Respectfully Submitted,

Julio A. Zuniga
#1961551
GARZA EAST UNIT
4304 HWY 202
Beeville, Texas 78102

JULIO A. ZUNIGA #1961551
GARZA EAST UNIT
4304 HWY 202
BEEVILLE, TEXAS 78102

LEGAL MAIL

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY

2015 APR -9 P 3: 27

DEPUTY

BY:_____

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
09 APR 2015 PM 2 L

+ DONNA KAY McKINNEY +
101 W. NUEVA   SUITE 217
San Antonio, Texas. 78205

NO. 2014 CR 0936-WI

| | | |
|---|---|---|
| EX PARTE | § | IN THE DISTRICT COURT |
| | § | 187TH Judicial District |
| JULIO ZUNIGA | CRT § | BEXAR COUNTY, TEXAS |
| | § | |
| | § | |

## NOTICE OF APPEAL

To THE Honorable Judge of Said Court:

    Comes Now, Julio Zuniga, Appellant, IN THE ABOVE STYLED CAUSE, and FILES THIS WRITTEN NOTICE OF APPEAL IN CAUSE NO. 2014 CR 0936-WI / WR-82,988-01.

    Appealing the Conviction and Sentence issued Herein.

EXECUTED ON THIS 7TH day of April 2015.

Respectfully Submitted,

Julio A. Zuniga
#1961551
Garza East Unit
4304 HWY 202
Beeville, Texas. 78102

JULIO A. ZUNIGA #1961551
GARZA EAST UNIT
4304 HWY 202
BEEVILLE, TEXAS, 78102

SAN ANTONIO TX 783
RIO GRANDE DISTRICT
07 APR 2015 PM 3 L

• Bexar County Courthouse.
187th Judicial District Court
San Antonio, Texas. 78205

I.F (olor MAIL-



No. 2014 CR0936-W1

STATE OF TEXAS

v.

Julio Zuniga

IN THE DISTRICT COURT

187 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

## ORDER APPOINTING APPELLATE COUNSEL

The Court, in accordance with Article 26.04(f) or 26.052, Code of Criminal Procedure, hereby appoints **RICHARD B. DULANY, JR.**, Interim Chief Public Defender (SBN 06196400), to represent Julio Zuniga , an indigent defendant, in the above-styled and numbered cause.

Such representation shall continue until the appeal in this cause is exhausted or until relieved by the court or replaced by other counsel.

The Clerk of the Court shall notify the Bexar County Public Defender's Office via fax, at (210) 335-0707, or by hand delivery of the Order to the designated box at the Fourth Court of Appeals of Texas.

SIGNED ___8 April___, 20_15_.

_____
JUDGE PRESIDING

**REMINDER:** Please contact the Bexar County Public Defender's Office at 335-0701 or vmcdonald@bexar.org before making this appointment to verify that the office is presently accepting new appellate cases.

Updated 9/23/2014